

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:      Victor Anthony Charles  **V.**  The State of Texas

Appellate case number:    01-11-00084-CR

Trial court case number:  1258695

Trial court:              183rd District Court of Harris County

Date motion filed:        October 24, 2013

Party filing motion:      Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**


Judge's signature: /s/ Michael Massengale_____
                              ☐ Acting individually    ☒  Acting for the Court

Panel consists of: Justices Keyes, Massengale, and Brown


Date: November 5, 2013_____